**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas I. Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (admitted *pro hac vice*)
hbates@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

**PARSONS BEHLE & LATIMER**
Brook B. Bond
BBond@parsonsbehle.com
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone:  208.562.4900
Facsimile:  208.562.4901

*Attorneys for Plaintiffs individually and on behalf of all others similar situated*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMANDA RUSHING, ASHLEY SUPERNAULT, JULIE REMOLD, and TED POON on behalf of themselves, and as parents and guardians of their children, M.S., L.L., N.B., C.B., R.P., and K.P., and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KOCHAVA, INC.<br><br>Defendant. | Case No. 2:21-cv-00322-CWD<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23 and upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and the accompanying Joint Declaration of Douglas I. Cuthbertson and Hank Bates in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Joint Declaration") and the Declaration of Steven Weisbrot of Angeion Group, LLC Re: Proposed Notice, Plaintiffs Amanda Rushing, Ashley Supernault, Julie Remold, and Ted Poon ("Plaintiffs"), will hereby move this Court on a date and at a time designated by the Court, at the United States Courthouse for the District of Idaho, 550 W. Fort Street, Boise, ID 83724, for preliminary approval of the Class Action Settlement Agreement and Release annexed as Exhibit Z to the Joint Declaration and entry of the proposed Order Granting Preliminary Approval of the Class Action Settlement and Directing Notice to the Settlement Class.

Plaintiffs request that the Court: (1) find it will likely be able to approve the Settlement; (2) find it will likely be able to certify the Settlement Class for settlement purposes; (3) appoint Plaintiffs as Class Representatives for the Settlement Class for purposes of disseminating notice; (4) appoint Lieff, Cabraser, Heimann & Bernstein, LLP and Carney Bates & Pulliam PLLC (collectively, "Class Counsel") as counsel for the Settlement Class; (5) direct notice to the Settlement Class in connection with the Settlement, and approve the form and manner thereof; (6) authorize retention of the Angeion Group as settlement administrator; and (7) set a schedule for final approval of the Settlement and Plaintiffs' request for attorneys' fees and expenses.

Dated: September 3, 2021    Respectfully Submitted,

By */s/ Douglas I. Cuthbertson*
   Douglas I. Cuthbertson

Douglas I. Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

Hank Bates (admitted *pro hac vice*)
hbates@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Brook B. Bond
BBond@parsonsbehle.com
PARSONS BEHLE & LATIMER
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone:  208.562.4900
Facsimile:  208.562.4901

*Attorneys for Plaintiffs individually and on behalf of all others similar situated*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of September, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Craig Mariam
cmariam@grsm.com
*Attorney for Defendant*

DATED this 3rd day of September, 2021.

                                        /s/ Douglas I. Cuthbertson