UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMANDA RUSHING, ASHLEY SUPERNAULT, JULIE REMOLD, and TED POON,<br><br>Plaintiff,<br><br>v.<br><br>KOCHAVA, INC.,<br><br>Defendant. | Case No. 2:21-cv-00322-BLW<br><br>**ORDER AND NOTICE OF HEARING** |

Before the Court is a stipulation (Dkt. 15) to stay the deadlines associated with Federal Rule of Civil Procedure 16 and the Litigation Order and Notice of Telephonic Scheduling Conference (Dkt. 14) pending the outcome of the Motion for Preliminary Approval of Class Action Settlement. (Dkt. 10). The parties also request a hearing on the Preliminary Approval Motion. (Dkt. 10). Good cause appearing, the Court will approve the stipulation.

IT IS HEREBY ORDERED that the deadlines set forth in the Litigation Order (Dkt. 14) are STAYED and that the current telephonic scheduling conference set on October 27, 2021 at 4:00 p.m. be VACATED.

**ORDER AND NOTICE OF HEARING - 1**

IT IS FURTHER ORDERED that a hearing on the pending Motion for Preliminary Approval of Class Action Settlement (Dkt. 10) shall be set for **November 17, 2021 at 1:30 p.m. MDT** via Zoom. Counsel will be provided a link by separate email.

DATED: October 20, 2021

B. Lynn Winmill
U.S. District Court Judge

**ORDER AND NOTICE OF HEARING - 2**