**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas I. Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

**PARSONS BEHLE & LATIMER**
Brook B. Bond
BBond@parsonsbehle.com
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone: 208.562.4900
Facsimile: 208.562.4901

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (*pro hac vice*)
hbates@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiffs and Class Counsel for the Settlement Class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMANDA RUSHING, ASHLEY SUPERNAULT, JULIE REMOLD, and TED POON on behalf of themselves, and as parents and guardians of their children, M.S., L.L., N.B., C.B., R.P., and K.P., and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>KOCHAVA, INC.<br><br>　　　　　　Defendant. | **Case No. 2:21-cv-00322-BLW**<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23 and upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and the accompanying Declaration of Hank Bates in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Bates Declaration") and the Declaration of Steven Weisbrot of Angeion Group, LLC ("Weisbrot Declaration"), Plaintiffs Amanda Rushing, Ashley Supernault, Julie Remold, and Ted Poon ("Plaintiffs"), will hereby move this Court on February 28, 2022, at the United States Courthouse for the District of Idaho, 550 W. Fort Street, Boise, ID 83724, for final approval of the Class Action Settlement Agreement granted preliminary approval by this Court in its Order of November 19, 2021 (Dkt. No. 20).

Plaintiffs request that the Court: (1) grant final approval to their Class Action Settlement Agreement (the "Settlement") with Defendant Kochava, Inc. ("Kochava" or "Defendant") as fair, reasonable, and adequate; (2) certify the Settlement Class; (3) appoint Plaintiffs as Class Representatives for the Settlement Class; (4) appoint Lieff, Cabraser, Heimann & Bernstein, LLP and Carney Bates & Pulliam, PLLC (collectively, "Class Counsel") as counsel for the settlement class; and (5) enter final judgment as to Kochava.

Dated: December 23, 2021

Respectfully Submitted,

CARNEY BATES & PULLIAM, PLLC

By */s/ Hank Bates*
    Hank Bates

Hank Bates
hbates@cbplaw.com
519 W. 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

Douglas I. Cuthbertson
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Brook B. Bond
BBond@parsonsbehle.com
PARSONS BEHLE & LATIMER
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone: 208.562.4900
Facsimile: 208.562.4901

*Attorneys for Plaintiffs and Class Counsel for the Settlement Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of December, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Craig Mariam
cmariam@grsm.com
*Attorney for Defendant*

    */s/ Hank Bates*
    Hank Bates