**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas I. Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

**PARSONS BEHLE & LATIMER**
Brook B. Bond
BBond@parsonsbehle.com
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone:  208.562.4900
Facsimile:  208.562.4901

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (admitted *pro hac vice*)
hbates@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Attorneys for the Plaintiffs and Class Counsel for the Settlement Class

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMANDA RUSHING, ASHLEY SUPERNAULT, JULIE REMOLD, and TED POON on behalf of themselves, and as parents and guardians of their children, M.S., L.L., N.B., C.B., R.P., and K.P., and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KOCHAVA, INC.<br><br>    Defendant. | **Case No. 2:21-cv-00322-BLW**<br><br>**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** |

- 2 -

PLEASE TAKE NOTICE that in accordance with Local Rule 54.2 and upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Service Awards, the accompanying Joint Declaration of Douglas I. Cuthbertson and Hank Bates in Support of Plaintiffs' Motion ("Joint Declaration"), the Declaration of Brook B. Bond, the Joint Declaration of Douglas I. Cuthbertson and Hank Bates in support of Plaintiffs' Motion for Preliminary Approval (Dkt. 10-3), and such other matters as the Court may consider, Plaintiffs Amanda Rushing, Ashley Supernault, Julie Remold, and Ted Poon ("Plaintiffs"), will hereby move this Court on a date and at a time designated by the Court, at the United States Courthouse for the District of Idaho, 550 W. Fort Street, Boise, ID 83724, to approve (1) an award of reasonable attorneys' fees, (2) reimbursement of reasonably incurred litigation expenses, and (3) reasonable service awards for each of four Class Representatives (*i.e.*, each named Plaintiff).

Dated: December 23, 2021                    Respectfully Submitted,

                                            By */s/ Douglas I. Cuthbertson*
                                                Douglas I. Cuthbertson

                                            Douglas I. Cuthbertson (admitted *pro hac vice*)
                                            dcuthbertson@lchb.com
                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                            250 Hudson Street, 8th Floor
                                            New York, NY  10013-1413
                                            Telephone:  212.355.9500
                                            Facsimile:  212.355.9592

                                            Hank Bates (admitted *pro hac vice*)
                                            hbates@cbplaw.com
                                            CARNEY BATES & PULLIAM, PLLC
                                            519 W. 7th St.
                                            Little Rock, AR 72201
                                            Telephone:  501.312.8500
                                            Facsimile:  501.312.8505

                                            Brook B. Bond
                                            BBond@parsonsbehle.com
                                            PARSONS BEHLE & LATIMER
                                            800 West Main Street, Suite 1300
                                            Boise, ID 83702
                                            Telephone:  208.562.4900
                                            Facsimile:  208.562.4901

                                            *Attorneys for the Plaintiffs and Class Counsel for the Settlement Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of December, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Craig Mariam
cmariam@grsm.com
*Attorney for Defendant*

DATED this 23rd day of December, 2021.

                                            /s/ Douglas I. Cuthbertson